AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Jane Doe, Mary Moe, and John Doe, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>Walmart Inc., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:18-cv-2125<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attachment A


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joel A. Fleming (281264)
BLOCK & LEVITON LLP
610 16th Street, Suite 214, Oakland, CA 94612
Tel.: (617) 398-5600; Fax: (617) 507-6020
joel@blockesq.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____           _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:18-cv-2125

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A

WALMART INC., a Delaware Corporation

    c/o CT Corporation System
    818 West Seventh Street, Suite 930
    Los Angeles, CA 90017

DARRELL HUNTSMAN, an Individual

GLENN BINGHAM, an Individual

BRIAN ASHTON, an Individual

JEFFREY S. MITCHELL, an Individual

RICHARD HADDRILL, an Individual

CHRIS COTTRELL, an Individual

JEFF POWERS, an Individual

TIM HICKEY, an Individual

JEFF STRINGER, an Individual

DSW, INC., an Ohio Corporation

    c/o CSC – Lawyers Incorporating Service
    2710 Gateway Oaks Drive, Suite 150N
    Sacramento, CA 95833

THE KROGER CO., an Ohio Corporation

    c/o CSC – Lawyers Incorporating Service
    2710 Gateway Oaks Drive, Suite 150N
    Sacramento, CA 95833

BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, a Delaware Corporation

    c/o CT Corporation System
    818 West Seventh Street, Suite 930
    Los Angeles, CA 90017

BLOOMINGDALES, INC., an Ohio Corporation

    c/o Corporate Creations Network, Inc.
    1430 Truxtun Avenue, 5th Floor
    Bakersfield, CA 93301

ABERCROMBIE & FITCH MANAGEMENT CO., a Delaware Corporation

    c/o CT Corporation System
    818 West Seventh Street, Suite 930
    Los Angeles, CA 90017

THE KROGER CO., an Ohio Corporation

    c/o CSC – Lawyers Incorporating Service
    2710 Gateway Oaks Drive, Suite 150N
    Sacramento, CA 95833

SPORTSMAN'S WAREHOUSE, INC., a Utah Corporation

    c/o CT Corporation System
    818 West Seventh Street, Suite 930
    Los Angeles, CA 90017

DECATHLON CAPITAL PARTNERS, LLC, a Delaware Company

    c/o John Borchers
    300 Hamilton Ave, Suite 400
    Palo Alto, CA 94301