Jason Leviton (*pro hac vice*)
Joel Fleming (CA Bar No. 2281264)
Jacob Walker (CA Bar No. 271217)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
617.398.5600
jason@blockesq.com
joel@blockesq.com
jake@blockesq.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe, Mary Moe, and John Roe, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Walmart Inc., Darrell Huntsman, Glenn Bingham, Brian Ashton, Jeffrey S. Mitchell, Richard Haddrill, Chris Cottrell, Jeff Powers, Tim Hickey, Jeff Stringer, DSW, Inc., Burlington Coat Factory Warehouse Corporation, Bloomingdales, Inc., Abercrombie & Fitch Management Co., The Kroger Co., Sportsman's Warehouse, Inc., and Decathlon Capital Partners, LLC,<br><br>    Defendants. | Civil Action No. 5:18-cv-02125-LHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DSW, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jane Doe, Mary Moe, and John Roe hereby dismiss Defendant DSW, Inc., from the above-captioned action without prejudice.

| | |
|---|---|
| Dated: July 12, 2018 | **BLOCK & LEVITON LLP** |
| | /s/ Jacob A. Walker |
| | Jason M. Leviton (*pro hac vice*) |
| | Joel Fleming (CA Bar No. 281264) |
| | Jacob A. Walker (CA Bar No. 271217) |
| | **BLOCK & LEVITON LLP** |
| | 155 Federal Street, Suite 400 |
| | Boston, MA 02110 |
| | 617.398.5600 |
| | jason@blockesq.com |
| | joel@blockesq.com |
| | jake@blockesq.com |
| | *Counsel for Plaintiffs* |