UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE, et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>WALMART INC., et al.,<br><br>             Defendants. | Case No. 18-CV-02125-LHK<br><br>**ORDER TO CLOSE CASE** |

On March 8, 2019, Plaintiffs voluntarily dismissed all remaining Defendants from the instant case without prejudice. Thus, the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 8, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 18-CV-02125-LHK
ORDER TO CLOSE CASE

1